UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT LA

2008 JAN 11  P 2:25

| | |
|---|---|
| **HOPE LUNDBERG**<br><br>　　　　Plaintiff,<br><br>**VERSUS**<br><br>**AETNA LIFE INSURANCE COMPANY**<br><br>　　　　Defendant. | CIVIL ACTION NO. 3:07-cv-00731-RET-CN<br><br>JUDGE TYSON<br><br>MAGISTRATE NOLAND |

## ORDER AND JUDGMENT

Considering the foregoing Joint Motion to Dismiss with Prejudice;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above cause be and the same is hereby dismissed with prejudice as to all claims of Plaintiff, Hope Lundberg, against Defendant, Aetna Life Insurance Company with each party to bear its own costs.

SIGNED this 11th day of January, 2008

_____
JUDGE